# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARIK AKIM CLARK,<br><br>        Petitioner,<br><br>    v.<br><br>RANDY GROUNDS, Warden,<br><br>        Respondent. | Case No. CV 11-10667-AG (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 31, 2012

                                    ANDREW J. GUILFORD
                                    UNITED STATES DISTRICT JUDGE